214 So.2d 165

James G. BLANCHARD

v.

NEW ORLEANS POLICE DEPARTMENT.

No. 49382.

Oct. 3, 1968.

In re: New Orleans Police Department applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Civil Service Commission of the City of New Orleans, No. 420. 210 So.2d 585.

Writ refused. The judgment is not final.

214 So.2d 165

Harold RYAN

v.

B & G CRANE SERVICE, INC., and Aetna Casualty & Surety Company.

No. 49389.

Oct. 3, 1968.

In re: Harold Ryan applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 210 So.2d 514.

Writ refused. There is no error in the judgment.

214 So.2d 165

SHELL OIL COMPANY

v.

TEXAS GAS TRANSMISSION CORPORATION.

No. 49390.

Oct. 3, 1968.

In re: Texas Gas Transmission Corporation applying for certiorari, or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 210 So.2d 554.

Writ refused. On the facts found by the Court of Appeal, the result is correct.